ACCO,(AFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:23–cv–00242–FMO–AFM

| | |
|---|---|
| Elliot McGucken v. Shutterstock, Inc. et al | Date Filed: 01/12/2023 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 05/16/2023 |
| Referred to: Magistrate Judge Alexander F. MacKinnon | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Elliot McGucken**　　　　　　　　　　　represented by　**Scott A. Burroughs**
*an individual*　　　　　　　　　　　　　　　　　　　　　Doniger Burroughs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　603 Rose Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Venice, CA 90291
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310–590–1820
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: scott@donigerlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Frank Trechsel**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doniger Burroughs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　603 Rose Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Venice, CA 90291
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310–590–1820
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ftrechsel@donigerlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shutterstock, Inc.**　　　　　　　　　　represented by　**Rebecca Benyamin**
*a Delaware corporation*　　　　　　　　　　　　　　　　Mitchell Silberberg and Knupp LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2049 Century Park East 18th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067–3120
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310–312–2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 310–312–3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rebecca.benyamin@msk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Eleanor M Lackman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mitchell Silberberg and Knupp LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2049 Century Park Drive 18th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067–3120
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310–312–2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 310–312–3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: eml@msk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1−10*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2023 | 1 | COMPLAINT Receipt No: ACACDC−34613746 – Fee: $402, filed by Plaintiff Elliot McGucken. (Attachments: # 1 Exhibit 1) (Attorney Scott A. Burroughs added to party Elliot McGucken(pty:pla))(Burroughs, Scott) (Entered: 01/12/2023) |
| 01/12/2023 | 2 | CIVIL COVER SHEET filed by Plaintiff Elliot McGucken. (Burroughs, Scott) (Entered: 01/12/2023) |
| 01/12/2023 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Elliot McGucken. (Burroughs, Scott) (Entered: 01/12/2023) |
| 01/12/2023 | 4 | NOTICE of Interested Parties filed by Plaintiff Elliot McGucken, (Burroughs, Scott) (Entered: 01/12/2023) |
| 01/13/2023 | 5 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by Elliot McGucken. (Attachments: # 1 Exhibit 1)(Burroughs, Scott) (Entered: 01/13/2023) |
| 01/13/2023 | 6 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge Alexander F. MacKinnon. (jtil) (Entered: 01/13/2023) |
| 01/13/2023 | 7 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 01/13/2023) |
| 01/13/2023 | 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 01/13/2023) |
| 01/17/2023 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Shutterstock, Inc. (jtil) (Entered: 01/17/2023) |
| 01/20/2023 | 10 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (gga) TEXT ONLY ENTRY (Entered: 01/20/2023) |
| 03/22/2023 | 11 | PROOF OF SERVICE Executed by Plaintiff Elliot McGucken, upon Defendant Shutterstock, Inc. served on 3/22/2023, answer due 4/12/2023. Service of the Summons and Complaint were executed upon Shutterstock, Inc. c/o Corporation Service Company (Lynanne Gares/Managing Agent) in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Burroughs, Scott) (Entered: 03/22/2023) |
| 04/06/2023 | 12 | STIPULATION Extending Time to Answer the complaint as to Shutterstock, Inc. answer now due 5/12/2023, re Complaint (Attorney Civil Case Opening) 1 filed by Defendant Shutterstock, Inc..(Attorney Eleanor M Lackman added to party Shutterstock, Inc.(pty:dft))(Lackman, Eleanor) (Entered: 04/06/2023) |
| 05/11/2023 | 13 | Joint STIPULATION to Transfer Case to Southern District of New York filed by Defendant Shutterstock, Inc.. (Attachments: # 1 Proposed Order)(Lackman, Eleanor) (Entered: 05/11/2023) |
| 05/16/2023 | 14 | ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. 1404(a) 13 by Judge Fernando M. Olguin.The case is transferred, pursuant to 28 U.S.C. 1404(a), to the Southern District of New York. Case transferred electronically. (MD JS−6. Case Terminated.) |

|  |  |  |
|---|---|---|
|  |  | (iv) (Entered: 05/16/2023) |
| 05/16/2023 | 15 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (Attachments: # 1 Order) (iv) (Entered: 05/16/2023) |