UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>                                Plaintiff,<br><br>v.<br><br>SHUTTERSTOCK, INC, a Delaware corporation; and DOES 1-10,<br><br>                               Defendants. | Case No. 1:23-cv-04234-LLS<br><br>**NOTICE OF APPEARANCE** |

To:    The Clerk of this Court and all parties of record:

I certify that I am admitted to practice before this Court, and I appear in the above-captioned action as counsel for defendant Shutterstock, Inc.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated:  New York, New York<br>            May 22, 2023 | MITCHELL, SILBERBERG & KNUPP LLP<br><br>By:  /s/ Eleanor M. Lackman<br>       Eleanor M. Lackman<br>       437 Madison Avenue, 25th Floor<br>       New York, New York 10022<br>       Tel: (212) 509-3900<br>       Fax: (212) 509-7239<br>       eml@msk.com<br><br>*Attorneys for Defendant Shutterstock, Inc.* |

15470194.1