UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elliot McGucken,<br><br>Plaintiff,<br><br>v.<br><br>Shutterstock, Inc.; et al,<br><br>Defendants. | Case No.: 1:23-cv-04234-LLS<br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Scott Alan Burroughs, Esq. of DONIGER / BURROUGHS hereby appears as counsel of record for Plaintiff Elliot McGucken in this action. His contact information is as follows:

> Scott Alan Burroughs, Esq.
> Doniger / Burroughs
> 247 Water Street, First Floor
> New York, New York 10038
> Telephone: (310) 590-1820
> scott@donigerlawfirm.com

We respectfully request that the Clerk update the docket as indicated above.

Dated:  New York, New York
        May 23, 2023

Respectfully Submitted,

Doniger / Burroughs

By:  */s/ Scott A Burroughs*
     Scott Alan Burroughs, Esq.
     247 Water Street, First Floor
     New York, New York 10038
     Telephone: (310) 590-1820
     scott@donigerlawfirm.com
     *Counsel for Plaintiff*